# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT CLEWS, *et al.*, | : | Civil No. 3:17-CV-02233 |
| Plaintiffs, | : | |
| v. | : | |
| COUNTY OF SCHUYKILL, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 20th, day of May, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The Defendant's motion for summary judgment is **GRANTED**. (Doc. 20.)

2. The Plaintiffs motion for partial summary judgment is **DENIED**. (Doc. 23.)

3. The Clerk of Court is directed to mark the case as **CLOSED**.

    s/ Jennifer P. Wilson
    JENNIFER P. WILSON
    United States District Court Judge
    Middle District of Pennsylvania